1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-7089 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Joyce Williams, Individually and on behalf of Robert Williams,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>Pfizer Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Joyce Williams, Individually and on behalf of Robert Williams, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010      MATTHEWS & ASSOCIATES

By: _____
   David P. Matthews
   *Attorneys for Plaintiffs*


DATED: Jan. 12, 2010      DLA PIPER LLP (US)

By: _____
   Michelle W. Sadowsky
   *Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010      _____
                        Hon. Charles R. Breyer
                        United States District Court